# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MAURICE KING

        Plaintiff,

v.

PAUL M. SHULTZ

        Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08-CV-2850-NLH

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED

☒ DENIED, for the following reasons:

Plaintiff's inmate account balances show an average 6 month balance in excess of $3,000.00 which appears sufficient to cover appellate fees and still cover other needs.

ENTERED this 29th day of January, 2010

Noel L. Hillman

Hon. Noel L. Hillman, USDCJ